IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FILED

MAY 2 6 2026

IN THIS OFFICE
Clerk U.S. District Court
Greensboro, N.C.
By _____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | |
| CHANCE HIEN FARRIS | : | 1:26CR 107 -1 |
| NICHOLAS RYAN ZAPPIA | : | 1:26CR 107 -2 |

The Grand Jury charges:

## COUNT ONE

On or about September 26, 2025, in the County of Forsyth, in the Middle District of North Carolina, CHANCE HIEN FARRIS knowingly and intentionally did unlawfully possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT TWO

On or about September 26, 2025, in the County of Forsyth, in the Middle District of North Carolina, CHANCE HIEN FARRIS knowingly did possess in and affecting commerce firearms, that is, a Glock .40 caliber handgun and a

Ruger .380 caliber handgun, having been convicted of a crime punishable by imprisonment for a term exceeding one year, and with knowledge of that conviction; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT THREE

On or about September 26, 2025, in the County of Forsyth, in the Middle District of North Carolina, CHASE HIEN FARRIS and NICHOLAS RYAN ZAPPIA did knowingly and unlawfully possess machineguns, as defined in Title 18, United States Code, Section 921(a)(24), and Title 26, United States Code, Section 5845(b), that is, six conversion devices which are combinations of parts designed and intended to convert a weapon into a machinegun; in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

DATED: May 26, 2026

DAN BISHOP
United States Attorney

*Lauren E. Martin by MRD*
BY: LAUREN E. MARTIN
Special Assistant United States Attorney

A TRUE BILL:

███████████

FOREPERSON

2